**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-2022**

DINA EL MAHDY,

　　　　　Plaintiff - Appellant,

　　　v.

MORGAN STATE UNIVERSITY,

　　　　　Defendant - Appellee.

　　　and

SHARON GARY FINNEY, Chair of the Accounting Department,

　　　　　Defendant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Stephanie A. Gallagher, District Judge.  (1:20-cv-02715-SAG)

Submitted:  February 20, 2025　　　　　　　　　　Decided:  February 24, 2025

Before AGEE, HARRIS, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dina El Mahdy, Appellant Pro Se.  Ariel Shaun Lichterman, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dina El Mahdy appeals from the district court's order granting summary judgment in favor of Morgan State University in her action filed pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *El Mahdy v. Morgan State Univ.*, No. 1:20-cv-02715-SAG (D. Md. Sept. 28, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*